# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311–1 | User: admin | Date Created: 06/19/2021 |
| Case: 21–10719–LSS | Form ID: van043 | Total: 52 |

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee         USTPRegion03.WL.ECF@USDOJ.GOV
aty     Michael Joseph Joyce         mjoyce@mjlawoffices.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Roam International, Inc.          c/o Michael Joyce, Esq.          1225 King Street Suite 800          Wilmington, DE 19801
tr          George L. Miller          1628 John F. Kennedy Blvd.          Suite 950          Philadelphia, PA 19103–2110
16362908          Andrew Morrison          505 Normandy Dr.          Mantoloking, NJ 08738
16362910          BDO USA LLP          4135 Mendenhall Oaks Parkway, Suite 140          High Point, NC 27265
16437165          BDO USA, LLP          Attn: Jared Schierbaum          4250 Lancaster Pike, Suite 120          Wilmington, DE 19805
16362912          BMW North America          PO Box 1227
16362909          Bank of America          PO Box 25118          Tampa, FL 33622
16362911          Blick Rothenberg          16 Great Queen Street          London, UK W8 5SP
16362914          Bruno Haid          82 Franklin Street          Brooklyn, NY 11222
16362915          Built Interest          145 Borinquen Place          Brooklyn, NY 11211
16362920          CRCM Opportunity Fund II          475 Sansome St Suite 730
16362921          CRCM Opportunity Fund II. LP          c/o Edward Sangster, Esq.          4 Embarcadero Center, Suite 1200          San Francisco, CA 94111
16432669          CRCM Ventures          Ding Chun          Yuhan Shao          475 Sansome Street, Suite 730          San Francisco, California 94111
16362916          Charles Songhurst Revocable Trust          275 Chukkar Drive          Glenbrook, NV 89413
16362917          Clearbanc – Clear Finance Technology Corp          548 Market St #68100          San Francisco, CA 94104
16362918          Climate Group          335 Madison Ave          New York, NY 10173
16362919          Colmar Hotels LLC          NCH Corporation c/o Walter Levy          2727 Chemsearch Blvd          Irving, TX 75062
16362922          Daisy Onubogu          14 Colosseum Terrace          London, UK NW1 4EB
16362923          Dane Andrews          3037 W Night Owl Ln          Phoenix, AZ 85085
16363048          Department of Labor          Division of Unemployment Insurance          P.O. Box 9953          Wilmington, DE 19809
16362924          Donna Li          680 Mission Street 34T          San Francisco, CA 94105
16362925          Fahai          8th Floor, No.18 Zhongguancun Street          Beijing, Haidan District, China 04–886
16362926          Falkor Investments          Fox Rothschild LLP c/o Matthew R. Kittay          101 Park Avenue Suite 1700
16362927          First Generation Capital Investments, LLC          2185 Bush Street          San Francisco, CA 94115
16362928          Gramercy Fund          12 West 27th Street          New York, NY 10001
16362929          Hans Gottwald          Talberg 14          Icking, Germany 82057
16362930          IDEO Japan          Minato City, Kitaaoyama, 3 Chome–5–29          Tokyo, Japan
16362931          Jeff Yazel          107 N 3rd St #3A          Brooklyn, NY 11249
16362932          Jennifer Garfinkel          142 West End Ave, Apt 8S          New York, NY 10023
16362933          Luisa Paganini          10849 Bal Harbor Dr.          Port Charlotte, FL 33948
16362934          Marc Mouhadeb          2900 NE 7th Ave Unit 4306          Miami, FL 33137
16362935          Martin Jenkins          The Fithian Building          629 State Street          Santa Barbara, CA 93101
16362936          Navigo Capital Group LP          Ernst–Augustin–Strasse 12          Berlin, Germany 12489
16362937          Newsletter Innovations, LTD          121 Heath Street          London, UK NW3 6SS
16362938          No More Dirt          1699 Valencia Street          San Francisco, CA 94110
16362939          Orrick LP          405 Howard Street          San Francisco, CA 94105
16362940          Ride Ventures          53 Old Roaring Brook Road          Mount Kisco, NY 10549
16362941          Roam London LTD          31 Draycott Ave          London, UK SW3 3BS
16362943          SET          9213 #607 9–2–13 Akasaka          Tokyo, Japan 107–0052
16362944          SOSV Chinaccelerator/Artesian          1st Floor, 12 South Mall          Cork City, Cork, Ireland T12 RD43
16362942          Sean Park          142 Greene St          New York, NY 10012
16363047          State of Delaware          Division of Revenue          820 N. French Street, 8th Floor          Wilmington, DE 19801–0820
16362945          Stripe Inc.          510 Townsend Street          San Francisco, CA 94103
16362946          Supra Security          1500 NW 89 Ct Suite 212
16362947          Sur Global Invest. LLC DBA A Tri County Comm.          Laundry 213 NW 1st Ave          Hallandale, FL 33009
16362948          Tharald Nustrad          Dronning Eufemias Gate 11          Oslo, Norway 0191
16362949          Tim & Todd McSweeney          Congress Wealth Management, LLC c/o Mich          155 Seaport Blvd, 3rd Floor          Boston, MA 02210
16362950          Tim Jaudszims          Wandsbeker Chaussee 151          Hamburg, Germany 22089
16362951          Werner Zedelius          Newtonstr. 7          Munich, Germany 81679
16362913          booking.com          Postbus 1639          Amsterdam, Netherlands 1000

TOTAL: 50